364 A.2d 957

Equibank N.A., Appellant, v. Pittsburgh National Bank.

Equibank N.A., Appellant, v. Keener.

Argued April 20, 1976. David P. Truax, with him Edward C. Wachter, Jr., for appellant; George Roth Craig, with him H. Woodruff Turner, for appellees.

Orders affirmed.

SPAETH, J., absent.

371 A.2d 246

Feingold Appeal.

Submitted June 22, 1976. Leonard Feingold, appellant, in propria persona; Sheldon W. Farber, for appellee.

Order affirmed.